IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 1:13-CR-63-1-MJT |
| | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| | § | |
| CLIFTON CHAUNCEY BROMAN | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Defendant, Clifton Chauncey Broman, filed a *pro se* Motion for Early Termination of Probation or Supervised Release Term. [Dkt. 458.] The Eastern District of Texas Probation Department is opposed and the Government deferred to the Court. Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, this motion was before United States Magistrate Judge Christine L. Stetson. Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that the Defendant's motions should be denied. [Dkt. 460.] No objections were filed to the report and recommendation by the parties.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [dkt. 460] is ADOPTED. It is therefore ORDERED that the Defendant's motion [dkt. 458] is DENIED.

**SIGNED this 11th day of August, 2026.**

Michael J. Truncale
United States District Judge